## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY FELICIANO, | : | No. 64 EM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| PHILADELPHIA COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 13th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.